IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11CR00196-001 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAWAYLIN J. HUDSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on September 13, 2013, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Robert Duffrin. The violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on August 23, 2013.

The Court accepted defendant's admission to the violation report and found no objection to the Report and Recommendation had been filed by either plaintiff or defendant. The Court adopted the Magistrate Judge's Report and Recommendation and found defendant had violated the conditions of supervision as follows:

    1) new law violation (Having Weapons Under a Disability).

The Court, after considering the Section 3553(a) factors, sentenced defendant to the Bureau of Prisons for a term of 20 months with credit for time served in federal custody on the instant violation. Upon release from incarceration defendant shall serve an additional 16 months

of supervised release under the conditions previously imposed

    The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: September 16, 2013                  *s/    James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE